LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTENTS OF WASHINGTON MUTUAL INVESTMENTS, INC. ACCOUNT NO. W98001759, HELD IN THE NAME OF GAENEY MARIE WILLMORE,<br><br>Defendant. | 1:09-MC-00024-LJO<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and Claimant Gaeney Marie Willmore (hereafter "Claimant"), by and through her respective attorney, as follows:

1. On or about January 16, 2009, Claimant filed a claim, in the administrative forfeiture proceeding, with the Drug Enforcement Administration with respect to the contents of Washington Mutual Investments, Inc. Account No. W98001759, held in the name of Gaeney Marie Willmore (hereafter "investment account"), which was seized on or about October 28, 2008.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than

1

1. the Claimant has filed a claim to the investment account as required by law in the administrative forfeiture proceeding.

2. 3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the investment account and/or to obtain an indictment alleging that the investment account is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

3. 4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 15, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the investment account and/or to obtain an indictment alleging that the investment account is subject to forfeiture.

4. 5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the investment account and/or to obtain an indictment alleging that the investment account is subject to forfeiture shall be extended to June 15, 2009.

Dated: April 8, 2009           LAWRENCE G. BROWN
                               Acting United States Attorney


                                /s/ Deanna L. Martinez
                               DEANNA L. MARTINEZ
                               Assistant United States Attorney


Dated: April 13, 2009           /s/ Eric H. Schweitzer
                               ERIC H. SCHWEITZER
                               Attorney for Claimant Gaeney Marie Willmore
                               (Original signature retained by attorney)

**IT IS SO ORDERED.**


IT IS SO ORDERED.

**Dated:  April 20, 2009**         **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE