```
LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CONTENTS OF WASHINGTON MUTUAL INVESTMENTS, INC. ACCOUNT NO. W98001759, HELD IN THE NAME OF GAENEY MARIE WILLMORE,<br><br>  Defendant. | 1:09-MC-00024-LJO<br><br>**STIPULATION AND ORDER TO LIQUIDATE WASHINGTON MUTUAL INVESTMENTS, INC. INVESTMENT ACCOUNT NUMBER W98001759** |

The United States of America ("the United States") and potential claimant, Gaeney Marie Willmore, by and through her attorney of record, submit the following stipulation and proposed order to liquidate the contents of Washington Mutual Investments, Inc. Account No. W98001759, held in the name of Gaeney Marie Willmore (hereafter "investment account") and transfer the contents to the United States Marshals Service for deposit into an interest bearing account until the forfeiture action has been resolved.

**BACKGROUND**

The United States contends the subject investment account is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a), 984, and 21 U.S.C. § 881(a)(6). Accordingly, on or about October 28, 2008, the investment account was seized/frozen pursuant to 18 U.S.C. § 981(b) by the Drug Enforcement

1  Administration pursuant to a Federal Seizure Warrant executed at Washington Mutual Investments,
2  Inc. located at 6875 Quail Hill Parkway in Irvine, Orange County, California.  The investment
3  account remains in the custody of Washington Mutual Investments, Inc.  The Drug Enforcement
4  Administration maintains control over said account pursuant to said Federal Seizure Warrant.
5  Washington Mutual Investments, Inc. has agreed to hold the account in this manner pursuant to the
6  seizure warrant or until further order of the Court.[1/]  On October 23, 2008, Gaeney Marie Willmore
7  was indicted in the underlying criminal action of *U.S. v. Perry Lee Willmore*, et al., 1:08-CR-00374-
8  OWW which is pending.

   At the request of potential claimant Gaeney Marie Willmore, the United States has agreed to liquidate the investment account and thereafter transfer the contents to the United States Marshal to be held pending the resolution of this action.

   Accordingly, the United States and potential claimant, Gaeney Marie Willmore, by and through her attorney of record, HEREBY STIPULATE that the investment account be liquidated and that the contents of the investment account be sent by certified check to the United States Marshals Service, 501 I Street, Suite 5600, Sacramento, California, 95814, to be deposited in an interest bearing account until further order of the Court or resolution of this action, whichever occurs first.

Dated: June 3, 2009                LAWRENCE G. BROWN
                                   Acting United States Attorney


                                    /s/ Deanna L. Martinez
                                   DEANNA L. MARTINEZ
                                   Assistant United States Attorney


Dated:  May 26, 2009               /s/ Eric H. Schweitzer
                                   ERIC H. SCHWEITZER
                                   Attorney for Claimant Gaeney Marie Willmore
                                   (Original signature retained by attorney)

---

[1/] Investment accounts targeted for forfeiture will usually be restrained in place by the Department of Justice in order to preserve the status quo thereby allowing the account to remain as an investment account during the pendency of the action as opposed to seizing the cash value at the time of the warrant.  This policy maintains the status quo for the benefit of all parties.

1  IT IS SO ORDERED.

2  **Dated:   June 5, 2009**                             /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE