LAWRENCE G. BROWN
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>THE CONTENTS OF WASHINGTON MUTUAL INVESTMENTS, INC. ACCOUNT NO. W98001759, HELD IN THE NAME OF GAENEY MARIE WILLMORE,<br><br>　　　Defendant. | 1:09-MC-00024-LJO<br><br>***THIRD* STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

　　　It is hereby stipulated by and between the United States of America and Claimant Gaeney Marie Willmore (hereafter "Claimant"), by and through her respective attorney, as follows:

　　　1.　　On or about January 16, 2009, Claimant filed a claim, in the administrative forfeiture proceeding, with the Drug Enforcement Administration with respect to the contents of Washington Mutual Investments, Inc. Account No. W98001759, held in the name of Gaeney Marie Willmore (hereafter "investment account"), which was seized on or about October 28, 2008.

　　　2.　　The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the investment account as required by law in the administrative

forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the investment account and/or to obtain an indictment alleging that the investment account is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. By Stipulation and Order filed on April 21, 2009, the parties stipulated to extend to June 15, 2009, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

5. By Stipulation and Order filed on June 25, 2009, the parties stipulated to further extend to August 14, 2009, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 13, 2009 (60 days), the time in which the United States is required to file a civil complaint for forfeiture against the investment account and/or to obtain an indictment alleging that the investment account is subject to forfeiture. The parties previously agreed by Stipulation and Order filed on June 5, 2009, to liquidate the investment account. Plaintiff has received the liquidated proceeds from the investment account which are now in the custody of the United States Marshals Service. The parties request this further extension to resolve this matter in conjunction with the parallel criminal matter of *United States v. Perry Lee Willmore, et al.*, 1:08-CR-00374-OWW.

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the investment account and/or to obtain an

///
///
///
///
///
///

1 | indictment alleging that the investment account is subject to forfeiture shall be extended to October
2 | 13, 2009.

3 | Dated: August 17, 2009            LAWRENCE G. BROWN
                                      United States Attorney
4
5 |                                    /s/ Deanna L. Martinez
                                      DEANNA L. MARTINEZ
6 |                                   Assistant United States Attorney
7
8 | Dated: August 12, 2009             /s/ Eric H. Schweitzer
                                      ERIC H. SCHWEITZER
9 |                                   Attorney for Claimant Gaeney Marie Willmore
                                      (Original signature retained by attorney)
10

11 |         IT IS SO ORDERED.

12 | **Dated:   August 17, 2009**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

*THIRD* STIPULATION AND ORDER EXTENDING THE
UNITED STATES' TIME TO FILE A COMPLAINT FOR
FORFEITURE AND/OR TO OBTAIN AN INDICTMENT
ALLEGING FORFEITURE                    3